**No. 60538.**—N. Katsoris, Inc. (Transferee) *v.* United States, protest 278064–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiff was sustained.

**No. 60539.**—Modern Food Products Co. et al. *v.* United States, protests 289940–K, etc. (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of sazae similar in all material respects to the commodity involved in *Pacific Mutual Sales Co.* v. *United States* (36 Cust. Ct. 100, C. D. 1758), the claim of the plaintiffs was sustained.